# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**[1] TOMMY LOUIS CASILLAS-NEGRON,**<br>**[2] ALLAN GIOVANNY CORDERO-VELAZQUEZ,**<br>Defendant(s) | Criminal No. 21-077 (FAB) |

## JOINT INFORMATIVE MOTION REGARDING STATUS OF THE CASE

TO THE HONORABLE COURT:

COMES NOW, the United States of America and defense attorneys, by and through the undersigned attorneys and very respectfully states and prays that:

1. The government provided Rule 16 discovery to the defense except the Machinegun Report and a pending cellphone extraction. Once all Rule 16 discovery is provided, the government will make a plea offer to both defendants. The Plea offer will be provided within the next two weeks.

2. The parties agree that 60 additional days are necessary for the defendants to receive discovery and discuss it with their counsel. The requested time would also allow for the parties to review pretrial motion practice issues and engage in plea negotiations.

WHEREFORE, the both parties respectfully request that the Court grant this motion and provided 60 additional days.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 30th day of April 2021.

>**W. STEPHEN MULDROW**
>UNITED STATES ATTORNEY
>
>*s/ Pedro R. Casablanca*
>**Pedro R. Casablanca**
>Assistant United States Attorney
>USDC No. 219811
>350 Chardon Avenue
>Torre Chardon, Suite 1201
>Hato Rey, Puerto Rico, 00918
>Tel:  787-282-1824
>Fax: 787-766-5398
>pedro.r.casablanca@usdoj.gov
>
>*S/Diego Alcala-Laboy*
>Diego H. Alcala-Laboy
>Attorney for Allan Cordero-Velazquez
>PO Box 12247
>San Juan, Puerto Rico 00914
>787 432-4910
>dalcala@defensorialegal.com
>
>*S/Carmen Rodriguez-Morales*
>Carmen Coral Rodrgiuez-Morales
>Federal Public Defender's office
>Patio Gallery Building
>241 F.D. Roosevelt Avenue
>Hato Rey, PR 00918
>(787) 281-4922
>Coral_rodriguez@fd.org

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*s/ Pedro R. Casablanca*
**Pedro R. Casablanca**
Assistant United States Attorney