IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br>                v.<br>ALAN CORDERO VELAZQUEZ (2)<br>    Defendant. | Criminal no. 21-077 (FAB) |

**INFORMATIVE MOTION**

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Alan Cordero Velázquez, and respectfully states and prays as follows:

Mr. Alan Cordero Velázquez's Change of Plea hearing is scheduled for Tuesday August 3, 2021 at 10:00 am. The undersigned informs that he has completed the mandated survey regarding the names and vaccination status of the attendees to the scheduled hearing. Nevertheless, we inform that Mr. Cordero Velázquez is not vaccinated. but that his mother, who will be accompanying him to Court, is.

**WHEREFORE**, Mr. Alan Cordero Velázquez respectfully requests that the Court take notice of the content of this motion.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 30th day of July 2020.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
P.O. Box 12247

San Juan, PR 00914
Tel.: (787) 432-4910
USDC-PR No. 300504
Dalcala@defensorialegal.com